1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

FILED
AUG 27 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                  | 1:13-CV-01064-LJO-SAB
12 |                     Plaintiff,              | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM***
13 |            v.                               |
14 | APPROXIMATELY $700.00 IN U.S. CURRENCY,     |
15 |                                             |
16 | APPROXIMATELY $10,474.21 SEIZED FROM WELLS FARGO ACCOUT NUMBER 7064503779, AND |
17 |                                             |
18 | APPROXIMATELY $3,236.05 SEIZED FROM BANK OF THE WEST ACCOUNT NUMBER 028561662, |
19 |                                             |
20 |                     Defendants              |

21

22   WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on July 11,

23 2013, in the United States District Court for the Eastern District of California, alleging

24 that defendants approximately $700.00 in U.S. Currency (hereafter "defendant currency"),

25 approximately $10,474.21 seized from Wells Fargo Account Number 7064503779, and

26 approximately $3,236.05 seized from Bank of the West Account Number 028561662

27 (hereafter collectively "defendant funds") are subject to forfeiture to the United States

28

Order Regarding Clerk's Issuance of Arrest Warrant of            1
Articles *In Rem*

pursuant to 21 U.S.C. § 881(a)(6), for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration, Task Force Officer Chad Rhyman, there is probable cause to believe that the defendant currency and defendant funds so described constitute property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency and defendant funds.

Dated: 8/27/13

GARY S. AUSTIN
United States Magistrate Judge